UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES LACROIX, RENEE PAYNE-CALLENDER, THE BOSTON POLICE PATROLMEN'S ASSOCIATION, THE BOSTON POLICE DETECTIVES BENEVOLENT SOCIETY, and THE BOSTON POLICE SUPERIOR OFFICERS FEDERATION,<br>Plaintiffs,<br><br>v.<br><br>THE BOSTON POLICE DEPARTMENT,<br>Defendant. | Civil Action No. 1:19-CV-11463-DPW |

## CERTIFICATION

Boston Police Patrolmen's Association President Lawrence Calderone, the authorized representative of Plaintiffs, and his counsel, Bryan Decker, hereby certify, as required by Local Rule 16.1(d)(3), that they have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: May 18, 2020

Respectfully submitted,
PLAINTIFFS,
By their counsel,

_____
Lawrence Calderone

_____
Bryan Decker BBO #561247
Decker & Rubin, PC
295 Freeport Street
Boston, MA 02122
(617) 877-1716
bdecker@deckerrubin.com

2

## CERTIFICATE OF SERVICE

I, Bryan Decker, hereby certify that a true copy of the above document has been served upon all registered parties via this court's electronic filing system.

Dated: May 18, 2020

_____
Bryan Decker

2