UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:19-CV-11463-DJC

JAMES LACROIX, RENEE PAYNE-CALLENDER, THE BOSTON POLICE PATROLMEN'S ASSOCIATION, THE BOSTON POLICE DETECTIVES BENEVOLENT SOCIETY, and THE BOSTON POLICE SUPERIOR OFFICERS FEDERATION,
        Plaintiffs,

v.

THE BOSTON POLICE DEPARTMENT,
        Defendant.

### JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs, James LaCroix, Renee Payne-Callender, the Boston Police Patrolmen's Association, the Boston Police Detectives Benevolent Society, and the Boston Police Superior Officers Federation, and Defendant, the Boston Police Department (collectively, the "Parties"), hereby move this Court to amend the scheduling order as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Fact Discovery: | March 21, 2021 | April 21, 2021 |
| Requests for Admission: | March 21, 2021 | April 21, 2021 |
| Status Conference | February 22, 2021 | April 26, 2021 |
| Motions for Summary Judgment: | April 1, 2021 | May 21, 2021 |

In support of this Motion, the Parties submit the following:

1. In this action, Plaintiffs allege that the Department has violated the Americans with Disabilities Act by requiring return to work physical and psychological examinations of sworn officers.

2. The Parties have been working collaboratively to complete paper discovery and depositions; however, due to scheduling concerns and the COVID-19 pandemic, the Parties anticipate needing an additional month to complete written discovery and depositions.

3. This is the Parties' first request to amend the scheduling order, and no party's rights will be prejudiced if this Court allows the Parties' request.

WHEREFORE, the Parties respectfully request that the deadlines be extended as set forth above.

Dated: February 3, 2021

Respectfully submitted,

| | |
|---|---|
| **JAMES LaCROIX and BPPA,**<br>By their counsel,<br>/s/ Bryan Decker<br>Bryan Decker, BBO #561247<br>Jennifer Rubin, BBO #684323<br>Decker & Rubin, PC<br>295 Freeport Street<br>Boston, MA 02122<br>(617) 877-1716<br>bdecker@deckerrubin.com<br>jrubin@deckerrubin.com<br><br>**RENEE PAYNE-CALLENDER and BPSOF,**<br>By their counsel,<br>/s/ Scott Dunlap<br>Scott Dunlap, BBO #634389<br>Attorney at Law<br>89 Access Road, Suite 19<br>Norwood, MA 02062<br>(781) 349-8551<br>swdesq@comcast.net | **BOSTON POLICE DEPARTMENT,**<br>By its attorneys,<br><br>Eugene L. O'Flaherty<br>Corporation Counsel<br><br>/s/ Winifred B. Gibbons<br>Nicole M. O'Connor, BBO #675535<br>Senior Assistant Corporation Counsel<br>Erika P. Reis, BBO #669930<br>Senior Assistant Corporation Counsel<br>Winifred B. Gibbons, BBO #692724<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Boston, MA 02201<br>(617) 635-4039 (O'Connor)<br>(617) 635-4031 (Reis)<br>(617) 635-4020 (Gibbons)<br>Nicole.OConnor@boston.gov<br>Erika.Reis@boston.gov<br>Winifred.Gibbons@boston.gov |

**BPDBS,**
By its counsel,
/s/ Patrick Bryant
Patrick Bryant, BBO #65220
Pyle Rome Ehrenberg, PC
12 Liberty Square, 10th Floor
Boston, MA 02109
(617) 723-5500
pbryant@pylerome.com

### CERTIFICATE OF SERVICE

I, Winifred B. Gibbons, hereby certify that a true copy of the above document has been served upon all registered parties via this court's electronic filing system and upon all non-registered parties via first class mail.

Date:   February 3, 2021                                              /s/ Winifred B. Gibbons

3