UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LACROIX ET AL**
        Plaintiff(s)

v.        CIVIL ACTION NO. **19-11463-DJC**

**BOSTON POLICE DEPARTMENT**
        Defendant(s)

### JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court.** Judgment for the Plaintiffs on Count I pursuant to the Court's ruling on summary judgment, D. 51 ;

**IT IS ORDERED AND ADJUDGED**

Judgment for the Plaintiff Emigrant Residential LLC

Robert M. Farrell, Clerk

Dated: April 8, 2022

/s/ Haley Currie
( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____ %.