UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES LACROIX, RENEE PAYNE-CALLENDER, THE BOSTON POLICE PATROLMEN'S ASSOCIATION, THE BOSTON POLICE DETECTIVES BENEVOLENT SOCIETY, and THE BOSTON POLICE SUPERIOR OFFICERS FEDERATION,<br>    Plaintiffs,<br><br>v.<br><br>THE BOSTON POLICE DEPARTMENT,<br>    Defendant. | Civil Action No. 1:19-CV-11463-DJC |

**NOTICE REGARDING AGREEMENT REGARDING**
**ATTORNEYS FEES AND COSTS**

This Honorable Court previously granted plaintiffs a 30 day extension of time to May 23, 2022 to submit a motion for fees and costs pursuant to Fed.R.Civ.Pro. 54 and 42 U.S.C. § 12205. The parties sought the extension to allow them to engage in discussions to attempt to agree to an award of fees so as to avoid the need for litigation of that issue.

The parties are now pleased to report to the Court that they have agreed upon an award of fees and costs. The parties have negotiated a formal agreement regarding fees and costs, which is now awaiting execution by the defendant.

The parties will report to the Court when their agreement on fees and costs is fully executed.

|  |  |
|---|---|
|  | Respectfully submitted, |
| JAMES LaCROIX and BPPA,<br>By their counsel, | RENEE PAYNE-CALLENDER and BPSOF,<br>By their counsel, |
| _____/s/ Bryan Decker_____<br>Bryan Decker BBO #561247<br>Jennifer Rubin, BBO#684323<br>Decker & Rubin, PC<br>295 Freeport Street<br>Boston, MA 02122<br>(617) 877-1716<br>bdecker@deckerrubin.com<br>jrubin@deckerrubin.com | _____/s/ Scott Dunlap_____<br>Scott Dunlap, BBO# 634389<br>Attorney at Law<br>89 Access Road, Suite 19<br>Norwood, MA 02062<br>(781) 349-8551<br>swdesq@comcast.net |
| BPDBS,<br>By its counsel, | BOSTON POLICE DEPARTMENT<br>By its counsel, |
| _____/s/ Patrick Bryant_____<br>Patrick Bryant, BBO# 65220<br>Pyle Rome Ehrenberg, PC<br>12 Liberty Square, 10th Floor<br>Boston, MA 02109<br>(617) 723-5500<br>pbryant@pylerome.com | _____/s/ Nicole O'Connor_____<br>Nicole M. O'Connor (BBO#675535)<br>Senior Assistant Corporation Counsel<br>City of Boston Law Department<br>Boston, MA 02201<br>(617) 635-4039<br>Nicole.OConnor@boston.gov |

**CERTIFICATE OF SERVICE**

I, Bryan Decker, hereby certify that a true copy of the above document has been served upon counsel for the defendant via this court's electronic filing system.

Dated:  May 23, 2022                       _____/s/ Bryan Decker_____
                                            Bryan Decker, Esq.